CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEFA OZKAN,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                Defendants. | Case No. 3:25-cv-05288 TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

      The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On August 12, 2025, the Court granted the parties' request to stay proceedings until December 9, 2025, to allow time for the agency to complete adjudication of Plaintiff's asylum application. Dkt. No. 12. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on August 11, 2025. On November 26, 2025, USCIS has paused all decisions for affirmative asylum applications until further notice. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 8, 2025).

      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 9, 2026, at which time the parties will file a joint status report with the Court. At that time, the

Stipulation
C 3:25-cv-05288 TSH                      1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 9, 2025          Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: December 9, 2025

/s/ Yakup Sari
YAKUP SARI
Sari Law Firm
Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until March 9, 2026.

Date: December 10, 2025

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.