CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SEFA OZKAN,

                        Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

                        Defendants.

Case No. 3:25-cv-05288 TSH

**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**

        The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 10, 2025, the Court granted the parties' request to stay proceedings.  Dkt. No. 15.  On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed February 25, 2025).  USCIS is awaiting issuance of further operational guidance.

        Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 8, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Stipulation
C 3:25-cv-05288 TSH                              1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 9, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 9, 2026

*/s/ Yakup Sari*
YAKUP SARI
Sari Law Firm
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until May 8, 2026.

Date: March 11, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-05288 TSH                    2